1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTIAN DAVID ENTO,                   No.  2:19-cv-01931-DAD-AC (PS)

12              Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DISMISSING
14   JUDGE YORK, et al.,                     ACTION DUE TO PLAINTIFF'S FAILURE
                                             TO STATE A COGNIZABLE CLAIM
15              Defendants.
                                             (Doc. No. 6)
16

17        Plaintiff Christian David Ento is a county jail inmate proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action brought against named defendants identified by plaintiff as

19   "Municipal Court Judge York" and "Federal Judge Newman."  (Doc. No. 1 at 1-2.)  This matter

20   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21   Rule 302.

22        On September 27, 2022, the assigned magistrate judge screened plaintiff's complaint and

23   issued findings and recommendations recommending that this action be dismissed, without leave

24   to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted.

25   (Doc. No. 6.)  Those pending findings and recommendations were served on plaintiff and

26   contained notice that any objections thereto were to be filed within twenty-one (21) days after

27   service.  (*Id.* at 6.)  To date, no objections to the pending findings and recommendations have

28   /////

                                            1

been filed, and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1.     The findings and recommendations issued on September 27, 2022 (Doc. No. 6) are adopted in full;

2.     This action is dismissed due to plaintiff's failure to state a claim; and

3.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 8, 2022**

UNITED STATES DISTRICT JUDGE

---

[1]  The court also notes that both the findings and recommendations and an order, both issued September 27, 2022, were served upon plaintiff at his address of record but were returned to the court on October 11, 2022 marked as "Undeliverable, Refused" and "Undeliverable, Returned to Sender."

2